# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA
## MONTGOMERY DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| TOMEKA LAVONNE COLLINS | * | CASE NO. 17-31362-DHW |
| Debtor. | * | |

## **OBJECTION TO CONFIRMATION**

Now comes Creditor, BRIDGECREST CREDIT COMPANY, LLC by and through its attorneys, Dumas & McPhail, LLC, and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. Creditor is a secured creditor in the above referenced Chapter 13 proceeding. The Debtor financed the purchase of a 2014 CHRYSLER 200 through Creditor.

2. Creditor requests the Court to order the Debtors to make post petition and post confirmation AP or AMP payments on obligation pursuant to 11 U.S.C. §1325 requiring periodic payments in equal monthly amounts.

3. The plan impermissibly attempts to bifurcate and cram down the secured claim of this creditor in violation of 11U.S.C. Sections 1325(a)(5) and 506. The Debtor incurred this debt secured by a vehicle on 02/13/2016 within 910 days of the date of filing.

4. The plan fails to provide an appropriate risk adjustment interest rate to be paid on the secured claim of this creditor as required by 11 U.S.C. Section 1325(a)(B)(ii).

5. The debtor has failed to provide for adequate protection payments as required by 11 U.S.C. Section 1326.

WHEREFORE, Creditor prays for an Order denying confirmation, along with such further relief as the Court may deem proper.

/s/ KENT D. MCPHAIL
                                             KENT D. MCPHAIL


Of Counsel:
Dumas & McPhail, LLC
P.O. Box 870
Mobile, AL 36601
(251) 438-2333
Email: kent@dumasmcphail.co


CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served this 18th day of July, 2017, to the parties listed below by the service method indicated:

U.S. MAIL, FIRST CLASS POSTAGE PREPAID
TOMEKA LAVONNE COLLINS
236 MARSHALL ST
MONTGOMERY AL 36104

ECF FILING NOTIFICATION
RICHARD D. SHINBAUM
ATTORNEY FOR DEBTOR
rshinbaum@smclegal.com

ECF FILING NOTIFICATION
SABRINA L. MCKINNEY
TRUSTEE
Trustees_office@ch13mdal.com

ECF FILING NOTIFICATION
BANKRUPTCY ADMINISTRATOR
ba@almb.uscourts.gov

                                             /s/ KENT D. MCPHAIL
                                             KENT D. MCPHAIL